AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C. § 922(g). Felon in Possession of a Firearm in Interstate Commerce

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
10 years imprisonment; $250,000.00 fine; 3 years supervised release; $100.00 special assessment; deportation

**DEFENDANT - U.S.**
▶ RAMONO WELLS

**DISTRICT COURT NUMBER**
CR 08 0100 JSW

FILED
FEB 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

Name and Office of Person Furnishing Information on THIS FORM   **JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  Allison Marston Danner

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.



RAMONO WELLS

# CR 08 -0100

DEFENDANT.

**JSW**

---

## INDICTMENT

Title 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm in Interstate Commerce

---

A true bill.

*Homer T. Ball*, Foreman

Filed in open court this _____ day of _____

**Brenda Tolbert**
Clerk

**Maria Elena James**
**United States Magistrate Judge**

Bail, $ _____

**NO BAIL ARREST WARRANT**

ORIGINAL

1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3
4
5
6
7
8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11                 SAN FRANCISCO DIVISION
12
13 | UNITED STATES OF AMERICA,        )  No. CR 08-0100
                                      )
14 |     Plaintiff,                   )  VIOLATION: 18 U.S.C. § 922(g)(1) – Felon
                                      )  in Possession of a Firearm
15 |   v.                             )
                                      )
16 | RAMONO WELLS,                    )
                                      )  SAN FRANCISCO VENUE
17 |     Defendant.                   )
                                      )
18 |_____     )

19                   INDICTMENT

20 The Grand Jury charges:

21

22     On or about August 1, 2007, in the Northern District of California, the defendant,

23                        RAMONO WELLS,

24 having previously been convicted of a crime punishable by a term of imprisonment exceeding

25 one year, did knowingly possess a firearm, described as a Walther P38 revolver,

26 ///

27 ///

28 ///

INDICTMENT

1  'serial number 6996C, in and affecting interstate and foreign commerce, in violation of Title 18,
2  United States Code, Section 922(g)(1).

4  DATED: February 26, 2008           A TRUE BILL.

                                      *[signature]*
                                      FOREPERSON

7  JOSEPH P. RUSSIONIELLO
   United States Attorney

   *[signature]*
10 GREGG W. LOWDER
   Chief, Major Crimes Section/Date

12 (Approved as to form: *[signature]*  )
                        AUSA Danner

INDICTMENT                            2