# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTE ORDER

**Date:** April 17, 2008

**Case No.** CR-08-100   JSW           **Judge:** Jeffrey S. White

**United States of America   v.  Ramono Wells**
                                         Defendant
                                         Present ( X ) Not Present ( ) In-Custody ( X )

| | |
|---|---|
| Derek Owens for Alison Danner | Ned Smock |
| U.S. Attorney | Defense Counsel |

**Deputy Clerk:** Jennifer Ottolini           **Court Reporter:** Kathy Powell

### PROCEEDINGS

**REASON FOR HEARING:** Trial Setting

**RESULT OF HEARING:**   Discovery has been received.  Defense counsel needs to review the evidence.

**Case Continued to 5-8-08 at 2:30 p.m. for Further Status / Trial Setting**

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**