JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7144
    FAX: (415) 436-7234
    Email: allison.danner@usdoj.gov

Attorneys for the United States

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0100 JSW |
|     Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER EXCLUDING TIME FROM |
| ) | SPEEDY TRIAL ACT CALCULATION |
| RAMANO WELLS, ) | (18 U.S.C. § 3161(h)(8)(A)) |
|     Defendant. ) | |

    With the agreement of the parties in open court, and with the consent of defendant Ramano Wells, the Court enters this order documenting exclusion of time from April 17, 2008 through May 8, 2008 under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1). The parties agree, and the Court finds and holds, as follows:

    1.    Defendant was indicted on February 26, 2008, and he was arraigned on the indictment on April 2, 2008. On April 17, 2008, defendant made his initial appearance before this Court.

    2.    At the appearance on April 17, 2008, both parties requested a status conference date of May 8, 2008 in order to allow defense counsel to review discovery that had recently been provided and to accommodate the schedule of government counsel, who was traveling on work-

STA Stipulation
CR 08-01000 JSW

related business for two weeks in April.

3. At the appearance of April 17, 2008 Defendant agreed to an exclusion of time under the Speedy Trial Act on the grounds that failure to grant the requested continuance would unreasonably deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case. This Court accordingly found that the ends of justice served by excluding the period from April 17, 2008 through May 8, 2008 from Speedy Trial Act calculations outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: April 21, 2008

_____
NED SMOCK
Attorney for Defendant

DATED: April 21, 2008

_____
ALLISON MARSTON DANNER
Assistant United States Attorney

IT IS SO ORDERED.

DATED: April 22, 2008

_____
JEFFREY S. WHITE
United States District Judge

STA Stipulation
CR 08-01000 JSW                          2