JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7144
    FAX: (415) 436-7234
    Email: allison.danner@usdoj.gov

Attorneys for the United States

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0100 JSW |
|     Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| RAMANO WELLS, | |
|     Defendant. | |

With the agreement of the parties in open court, and with the consent of defendant Ramano Wells, the Court enters this order documenting exclusion of time from April 7, 2008 through April 17, 2008 under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1). The parties agree, and the Court finds and holds, as follows:

    1.    Defendant was indicted on February 26, 2008, and he was arraigned on the indictment by this Court on April 2, 2008. On April 2, 2008, the government moved that the defendant be detained pending trial. This Court set a detention hearing date of April 7, 2008.

    2.    At the appearance on April 7, 2008, defendant waived his right to a detention hearing, and this Court scheduled defendant's initial appearance before Judge White for April, 17, 2008.

STA Stipulation
CR 08-01000 JSW

3. Government provided discovery to the defendant on April 2, 2008.

4. The time period between April 2 and April 7 is automatically tolled under the Speedy Trial Act because of the government's pending motion for detention. *United States v. Vo,* 413 F.3d 1010, 1016 (9th Cir. 2005). At the appearance on April 7, 2008 Defendant agreed to an exclusion of time under the Speedy Trial Act on the grounds that failure to grant the requested continuance would unreasonably deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case. This Court accordingly found that the ends of justice served by excluding the period from April 7, 2008 through April 17, 2008 from Speedy Trial Act calculations outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: April 21, 2008

_____
NED SMOCK
Attorney for Defendant

DATED: April 21, 2008

_____
ALLISON MARSTON DANNER
Assistant United States Attorney

IT IS SO ORDERED.

DATED: April 22, 2008

_____
JAMES LARSON
Chief United States Magistrate Judge

STA Stipulation
CR 08-01000 JSW                                 2