JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7144
   FAX: (415) 436-7234
   Email:allison.danner@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0100 JSW |
|    Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE FROM MAY 8, 2008 TO MAY 15, 2008 |
|    v. ) | |
| RAMANO WELLS, ) | |
|    Defendant. ) | |

On April 17, 2008, the parties made the initial appearance before this Court in this case. Government counsel was out of town on work-related business on that date, and AUSA Derek Owens appeared for the government. At the initial appearance, the parties scheduled a further status conference for May 8, 2008 at 2:30 p.m. before this Court. Unfortunately, government counsel is not available on that date. Government counsel informed defense counsel of this conflict, and he has agreed to jointly request to continue the status hearing for one week, until May 15, 2008, at 2:30 p.m.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE
CR 08-0100 JSW

This Court's Clerk has confirmed that the court is available for a status conference on that date.

SO STIPULATED:

                                           JOSEPH P. RUSSONIELLO
                                           United States Attorney

DATED: April 29, 2008                          \s\
                                           ALLISON MARSTON DANNER
                                           Assistant United States Attorney

DATED: April 29, 2008                          \s\
                                           NED SMOCK
                                           Attorney for RAMANO WELLS

     For the foregoing reasons, the Court continues the status conference scheduled in this case from May 8, 2008 until May 15, 2008 at 2:30 p.m.

SO ORDERED.

Dated: _____            _____
                                                     JEFFREY S. WHITE
                                                     United States District Judge