**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

### CRIMINAL MINUTE ORDER

**Date:   May 15, 2008**

**Case No.  CR-08-100   JSW**               **Judge:  Jeffrey S. White**

**United States of America   v.  Ramono Wells**
                                                        **Defendant**
                                                        **Present ( X ) Not Present ( ) In-Custody ( X )**

           **Alison Danner**                              **Ned Smock**
           **U.S. Attorney**                              **Defense Counsel**

**Deputy Clerk: Jennifer Ottolini**            **Court Reporter: Lydia Zinn**

### PROCEEDINGS

**REASON FOR HEARING: Trial Setting**

**RESULT OF HEARING:   Counsel informed the Court that there is an issue**
                                    **regarding the defendant's criminal history.**
                                    **The defense is seeking to locate a witness.**
                                    **DNA test results have not been received.**

**Case Continued to 5-29-08 at 2:30 p.m. for Further Status / Trial Setting**

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**