JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7144
FAX: (415) 436-7234
Email: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0100 JSW |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION |
| ) | (18 U.S.C. § 3161(h)(8)(A)) |
| RAMANO WELLS, ) | |
| Defendant. ) | |

With the agreement of the parties in open court, and with the consent of defendant Ramano Wells, the Court enters this order documenting exclusion of time from May 8, 2008 through May 29, 2008 under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1). The parties agree, and the Court finds and holds, as follows:

1.  Defendant was indicted on February 26, 2008. On May 8, 208, the parties appeared for a status conference before this Court.

2.  At the appearance on May 8, 2008, both parties requested a status conference date of May 29, 2008 in order to allow defense counsel to review discovery that had recently been provided. Defense counsel is also in the process of securing records related to defendant's prior convictions in order to prepare for his defense of the case.

3.	At the appearance of May 8, 2008, defendant agreed to an exclusion of time under the Speedy Trial Act on the grounds that failure to grant the requested continuance would unreasonably deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case.  This Court accordingly found that the ends of justice served by excluding the period May 8, 2008 through May 29, 2008 from Speedy Trial Act calculations outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: May 23, 2008         /s/
                             NED SMOCK
                             Attorney for Defendant

DATED: May 23, 2008         /s/ Allison Danner
                             ALLISON MARSTON DANNER
                             Assistant United States Attorney

IT IS SO ORDERED.

DATED: _____       _____
                             JEFFREY S. WHITE
                             United States District Judge