**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTE ORDER**

Date:   May 29, 2008

Case No.  CR-08-100   JSW          Judge:  Jeffrey S. White

United States of America   v.  Ramono Wells
                          Defendant
                          Present ( X ) Not Present ( ) In-Custody ( X )

|   Alison Danner   |   Ned Smock   |
|   U.S. Attorney   |   Defense Counsel   |

Deputy Clerk: Jennifer Ottolini          Court Reporter: Lydia Zinn

**PROCEEDINGS**

**REASON FOR HEARING:** Trial Setting

**RESULT OF HEARING:**   DNA testing results should be received by mid-June.

**Case Continued to 7-3-08 at 2:30 p.m. for Change of Plea or Trial Setting**

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**