1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2  BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ALLISON MARSTON DANNER (CSBN 195046)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7144
7      FAX: (415) 436-7234
       Email: allison.danner@usdoj.gov
8
   Attorneys for the United States
9

                        UNITED STATES DISTRICT COURT

                       NORTHERN DISTRICT OF CALIFORNIA

                            SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08-0100 JSW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER EXCLUDING TIME FROM |
| | ) | SPEEDY TRIAL ACT CALCULATION |
| RAMANO WELLS, | ) | (18 U.S.C. § 3161(h)(8)(A)) |
| | ) | |
| Defendant. | ) | |
| | ) | |

   With the agreement of the parties in open court, and with the consent of defendant Ramano Wells, the Court enters this order documenting exclusion of time from May 29, 2008 through July 3, 2008 under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1).  The parties agree, and the Court finds and holds, as follows:

   1.   Defendant was indicted on February 26, 2008.  On May 29, 2008, the parties appeared for a status conference before this Court.

   2.   At the appearance on May 29, 2008, both parties requested a status conference date of July 3, 2008 in order to allow the government to review discovery that had recently been provided and to allow defense counsel to conduct additional investigation.

   3.   At the appearance of May 29, 2008, defendant agreed to an exclusion of time

STA Stipulation
CR 08-01000 JSW

1  under the Speedy Trial Act on the grounds that failure to grant the requested continuance would
2  unreasonably deny defendant reasonable time necessary for effective preparation, taking into
3  account the exercise of due diligence, in this case.   This Court accordingly found that the ends
4  of justice served by excluding the period May 29, 2008 through July 3, 2008 from Speedy Trial
5  Act calculations outweigh the best interest of the public and the defendant in a speedy trial. 18
6  U.S.C. § 3161(h)(8)(A) & (B)(iv).

8         IT IS SO STIPULATED.

10 DATED: May 29, 2008              /s/
                                    NED SMOCK
11                                  Attorney for Defendant

13 DATED: May 29, 2008              /s/ Allison Danner
                                    ALLISON MARSTON DANNER
14                                  Assistant United States Attorney

16         IT IS SO ORDERED.

18 DATED: May 30, 2008              _____
                                    JEFFREY S WHITE
19                                  United States District Judge

STA Stipulation
CR 08-01000 JSW                             2