**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

## CRIMINAL MINUTE ORDER

Date:   July 3, 2008

Case No.  CR-08-100   JSW            Judge:  Jeffrey S. White

**United States of America   v.  Ramono Wells**
                        **Defendant**
                        Present ( X ) Not Present ( ) In-Custody ( X )

   Alison Danner                              Ned Smock
   U.S. Attorney                              Defense Counsel

**Deputy Clerk: Jennifer Ottolini**          Court Reporter: Jim Yeomans

## PROCEEDINGS

**REASON FOR HEARING:** Trial Setting

**RESULT OF HEARING:**    DNA test results have not been received.

**Case Continued to 7-17-08 at 2:30 p.m. for Further Status / Setting**

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**