JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7144
    FAX: (415) 436-7234
    Email: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0100 JSW |
|     Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. ) | |
| RAMANO WELLS, ) | |
|     Defendant. ) | |

With the agreement of the parties in open court, and with the consent of defendant Ramano Wells, the Court enters this order documenting exclusion of time from July 3, 2008 through July 17, 2008 under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1). The parties agree, and the Court finds and holds, as follows:

1. Defendant was indicted on February 26, 2008. On July 3, 2008, the parties appeared for a status conference before this Court.

2. At the appearance on July 3, 2008, both parties requested a status conference date of July 17, 2008 in order to allow government counsel to conduct additional investigation into the possibility of D.N.A. evidence in this case and to allow defense counsel to conduct additional investigation.

STA Stipulation
CR 08-0100 JSW

3. At the appearance on July 3, 2008, defendant agreed to an exclusion of time under the Speedy Trial Act on the grounds that failure to grant the requested continuance would unreasonably deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case. This Court accordingly found that the ends of justice served by excluding the period July 3, 2008 through July 17, 2008 from Speedy Trial Act calculations outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: July 15, 2008

\s\
NED SMOCK
Attorney for Defendant

DATED: July 15, 2008

\s\
ALLISON MARSTON DANNER
Assistant United States Attorney

IT IS SO ORDERED.

DATED: July 15, 2008

JEFFREY S. WHITE
United States District Judge

STA Stipulation
CR 08-0100 JSW                    2