**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTES**

**Date: July 17, 2008**　　　[2:14 pm - 2:17 pm]　　　**JUDGE:  Jeffrey S. White**

**Case No:  CR-08-0100 JSW**

**Case Name:**　UNITED STATES　**v.  Ramono Wells (IC)**

**Attorney for Plaintiff:**　**Alison Danner**
**Attorney for Defendant:**　**Ned Smock**

**Deputy Clerk:** Monica Narcisse for Jennifer Ottolini　　　**Court Reporter**: Lydia Zinn

**Interpreter:**　　　　　　　　**Probation Officer**:

**PROCEEDINGS**

Matter continued.

_____

**CASE CONTINUED TO:** August 14, 2008 @ 2:30 pm　　**for** Trial Setting or Change of Plea

_____

**EXCLUDABLE DELAY:** Category Effective Preparation　　　Begins 7-17-2008 Ends 8-14-2008
_____

**cc:**