JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7144
FAX: (415) 436-7234
Email: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0100 JSW |
| | ) | |
|    Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] |
| | ) | ORDER EXCLUDING TIME FROM |
| v. | ) | SPEEDY TRIAL ACT CALCULATION |
| | ) | (18 U.S.C. § 3161(h)(8)(A)) |
| RAMANO WELLS, | ) | |
| | ) | |
|    Defendant. | ) | |
| _____ | ) | |

     With the agreement of the parties in open court, and with the consent of defendant

Ramano Wells, the Court enters this order documenting exclusion of time from July 11, 2008

through August 14, 2008 under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1). The parties agree,

and the Court finds and holds, as follows:

     1.     Defendant was indicted on February 26, 2008. On July 11, 2008, the parties

appeared for a status conference before this Court.

     2.     At the appearance on July 11 2008, both parties requested a trial setting date of

August 14, 2008 in order to allow defense counsel to conduct additional investigation into the

results of D.N.A. tests recently provided by the government.

     3.     At the appearance on July 11, 2008, defendant agreed to an exclusion of time

STA Stipulation
CR 08-0100 JSW

1    under the Speedy Trial Act on the grounds that failure to grant the requested continuance would

2    unreasonably deny defendant reasonable time necessary for effective preparation, taking into

3    account the exercise of due diligence, in this case.   This Court accordingly found that the ends of

4    justice served by excluding the period July 11, 2008 through August 14, 2008 from Speedy Trial

5    Act calculations outweigh the best interest of the public and the defendant in a speedy trial.18

6    U.S.C. § 3161(h)(8)(A) & (B)(iv).

7

8              IT IS SO STIPULATED.

9

10   DATED: July  21, 2008                    _____\s_____

11                                            NED SMOCK
                                             Attorney for Defendant

12

13   DATED: July  21, 2008                    _____\s_____

14                                            ALLISON MARSTON DANNER
                                             Assistant United States Attorney

15

16              IT IS SO ORDERED.

17

18   DATED: _____July 21, 2008_____          _____

19                                            JEFFREY S. WHITE
                                             United States District Judge

20

21

22

23

24

25

26

27

28