UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### *CRIMINAL MINUTES*

**Judge:** JEFFREY S. WHITE

**Date**: August 14, 2008

**Case No:** CR 08-00100 JSW

**Case Title**: UNITED STATES v. RAMONO WELLS (present, I/C)

**Appearances:**

    For the Government: Alison Danner

    For Defendant(s): Edward Smock

**Interpreter:**                                  **Probation Officer:**

**Deputy Clerk**:  Rowena B. Espinosa      **Court Reporter**: Debra Pas

### *PROCEEDINGS*

1. Change of Plea - held

### *SUMMARY*

- The Court voir dired the Defendant re: change of plea.
- Defendant entered guilty plea as to Count One of the Indictment.
- The Court reserved ruling on the acceptance of the plea agreement pending receipt of a probation report.
- The defendant is referred to the Probation Office for a pre-sentence report.
- The matter is continued to **Thursday, 11/13/08 at 2:30 PM for Sentencing.**